UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| GRACE GRACE ) | CASE NO.: 07-22630 |
| ) | CHAPTER 7 BANKRUPTCY |
| Debtor(s) ) | |

## NOTICE OF DEPOSIT OF LESS THAN $5.00
## TO UNITED STATES BANKRUPTCY COURT
## CLERK'S REGISTRY CHECKING ACCOUNT

Comes now Daniel L. Freeland, Trustee and applies to the Court as follows:

1. I am the Trustee for the estate of the above-named Debtor(s).

2. Pursuant to FRBP 3011, the following creditor is entitled to distribution of less than $5.00:

Creditor: Munster Radiology Group
Claim No.: 4
Amount of Distribution: $1.81

3. Pursuant to FRBP 3010 the distributions shown in paragraph 2 are to be treated in the same manner as unclaimed funds, as provided in 11 U.S.C. §347.

4. Trustee believes it appropriate that the sum(s) set forth in paragraph 2 to paid to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein.

Dated: September 3, 2009

/s/ Daniel L. Freeland
Daniel L. Freeland, Trustee
9105 Indianapolis Blvd.
Highland, IN 46322
Telephone: (219) 922-0800

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2009, service of a true and complete copy of the above document was served by:

Electronic Notice on: United States Trustee
and by regular first class mail upon:
Munster Radiology Group, Komyatte & Associates, 9650 Gordon Drive, Highland, IN 46322

/s/ Daniel L. Freeland
Daniel L. Freeland, Trustee